1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

15

16

17

| | |
|---|---|
| JFXD TRX ACQ LLC, dba TRX, a Florida Limited Liability Company,<br><br>    Plaintiff,<br><br>   v.<br><br>CRANKIT INTERNATIONAL PTY LTD., dba CrankIt Fitness, an Australian Company,<br><br>    Defendant. | CASE NO.: 2:23-cv-00298-JHC<br><br>ORDER GRANTING MOTION TO REDACT SENSITIVE INFORMATION |

18

19

20

21

22

23

24

   THIS MATTER comes before the Court on Plaintiff's Motion to Redact Sensitive Information.  Dkt. # 23.  Having reviewed the records and files herein, including Plaintiff's Motion, Dkt. # 23, and Declaration of John Munro, Dkt. # 24, and being fully advised on the matter, the Court GRANTS Plaintiff's Motion to Redact Sensitive Information.  In its Motion for Damages, Plaintiff may redact: (1) Commercial information related to sales of CrankIt's patent infringing products; and (2) Portions of the Declaration of John Munro that contain commercially sensitive information related to sales of the patent infringing products.

25

26

**ORDER GRANTING MOTION TO REDACT
SENSITIVE INFORMATION**

Case No.: 2:23-cv-00298-JHC

1

Dated this 12th day of January, 2024.

2

3

_____

4

Honorable John H. Chun
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER GRANTING MOTION TO REDACT
SENSITIVE INFORMATION**                                2

Case No.: 2:23-cv-00298-JHC