UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JFXD TRX ACQ LLC, dba TRX, a Florida Limited Liability Company,<br><br>            Plaintiff,<br><br>    v.<br><br>CRANKIT INTERNATIONAL PTY LTD., dba CrankIt Fitness, an Australian Company,<br><br>            Defendant. | Case No.: 2:23-cv-00298-JHC<br><br>**ORDER** |

   Before the Court is Plaintiff's Motion for Final Judgment and Assessment and Award of Damages, Fees and Costs.  Dkt. # 26.  The Court has considered the motion, its supporting papers, pertinent portions of the record, and the applicable law.  The Court GRANTS the motion.

   TRX requests the Court to award TRX enhanced damages, costs, and attorney's fees totaling $447,006.50.

   The breakdown of TRX's damages are as follows:

- TRX attorney's fees for this case amount to $34,242.50.
- TRX's costs for this case amount to $2,875.80.

ORDER - 1
Case No.: 2:23-cv-00298-JHC

- TRX's damages are assessed to be in the amount of $136,629.40. The trebling of TRX's damages amounts to $409,888.20.

DATED the 22nd day of January, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 2